IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00424-AP

BETTY H. BAKUN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:

    RONALD B. ESKIN
    Law Office of Ronald B. Eskin
    228 Central Street
    Lowell, MA 01852
    Telephone: (978) 937-1600

    For Defendant:

    WILLIAM J. LEONE
    United States Attorney

    KURT J. BOHN
    Assistant U.S. Attorney

    DEBRA J. MEACHUM
    Special Assistant U.S. Attorney
    1961 Stout St., Suite 1001A
    Denver, Colorado 80294
    Telephone: (303) 844-1570

    Attorneys for Defendant.

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

A.    **Date Complaint Was Filed:** 3/10/06
B.    **Date Complaint Was Served on U.S. Attorney's Office:** 4/19/06
C.    **Date Answer and Administrative Record Were Filed**: 5/19/06

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.    PROPOSED BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, and because the undersigned Special Assistant United States Attorney has requested clarification from her client as to issues relevant to defense of this case, the parties respectfully request briefing to commence later than 20 days after the filing of this Joint Case Management Plan, as follows:

A.    **Plaintiff's Opening Brief Due:**   July 25, 2006
B.    **Defendant's  Response Brief Due:**   August 25, 2006
C.    **Plaintiff's  Reply Brief (If Any) Due:** September 11, 2006

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff requests oral argument because of complex vocational issues.
Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.   ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.   (X)  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 5th day of June, 2006.

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

s/Ronald B. Eskin 6/2/06                                    WILLIAM J. LEONE
                                                            UNITED STATES ATTORNEY

RONALD B. ESKIN
Law Office of Ronald B. Eskin                               KURT J. BOHN
228 Central Street                                          Assistant U.S. Attorney
Lowell, MA 01852                                            kurt.bohn@usdoj.gov
Telephone: (978) 937-1600
michmass97@aol.com                                          s/Debra J. Meachum 6/2/06
                                                            By: Debra J. Meachum
Attorney for Plaintiff                                      Special Assistant U.S. Attorney
                                                            1961 Stout St., Suite 1001A
                                                            Denver, Colorado  80294
                                                            Telephone: (303) 844-1570
                                                            debra.meachum@ssa.gov
                                                            Attorneys for Defendant.