IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-424-AP**

**BETTY H. BAKUN,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

The Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act(doc. #12), filed June 29, 2006, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff reasonable attorney fees in the amount of **$770.00**.

Dated at Denver, Colorado, this 29th day of June, 2006.

        BY THE COURT:

        **S/John L. Kane**
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT